# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Kelly Jean Ives**
        Plaintiff(s)

   vs.                                      CASE NUMBER: 6:23-cv-405 (DNH/DJS)

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   Pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with remand of the cause for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated December 18, 2023.

DATED: December 18, 2023

_____
Clerk of Court

                                                        s/Kathy Rogers
                                                        Deputy Clerk