# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Kelly Jean Ives**
        Plaintiff(s)

vs.                              **CASE NUMBER: 6:23-cv-405 (DNH/DJS)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT. IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 2, 2024.

DATED: April 2, 2024

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk